IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABC BUSINESS FORMS, INC., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 16 C 6256 | |
| ) | | |
| v. ) | Judge Alonso | |
| ) | Magistrate Judge Kim | |
| 321 CAPITAL PARTNERS, LLC, ) | | |
| and JOHN DOES 1-10 ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, by and through its attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**
ABC BUSINESS FORMS, INC

*s/ Dulijaza Clark*
Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER &
    GOODWIN, LLC
20 S. Clark, 15th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Julie Clark, certify that on August 25, 2016, I caused the foregoing document to be filed via the Court's ECF filing system and I caused a true and accurate copy of the foregoing document to be delivered, on the following parties:

*Via U.S. Mail and E-Mail*:
321 Capital Partners, LLC
C/O Ervin, Michael Terwilliger, Registered Agent
2823 Saddlebred Court
Glenwood, MD 21738
erv@321capital.com


Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)